**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRUCE PACKAGING, INC., individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 15-cv-9121 |
| Plaintiff, | ) ) ) | Hon. Marvin A. Aspen |
| v. | ) ) ) | Hon. Mary M. Rowland |
| PROGRESSIVE BUSINESS FUNDING, INC., a California corporation, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses Plaintiff's individual claims with prejudice and the Class claims without prejudice.

Dated: November 20, 2015                             Respectfully submitted,

By: */s/ Joseph J. Siprut*

Joseph J. Siprut
*jsiprut@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**S**IPRUT PC
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.241.1260

*Counsel for Plaintiff*
*and the Proposed Putative Class*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Notice Of Voluntary Dismissal** was filed this 20th day of November 2015 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record. In addition, a copy was served on the following individuals via electronic mail:

Progressive Business Funding, Inc.
c/o Jackie Slosser
*jackieslosser@mac.com*


                                                *s/ Joseph J. Siprut*

4843-9965-9819, v. 1