**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Bruce Packaging, Inc.

                                      Plaintiff,

v.                                                              Case No.: 1:15–cv–09121
                                                              Honorable Marvin E. Aspen

Progressive Business Funding, Inc.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 30, 2015:

      MINUTE entry before the Honorable Marvin E. Aspen:Pursuant to Notice of Voluntary Dismissal [5], Plaintiff dismisses Plaintiff's individual claims with prejudice and the Class claims without prejudice. Case dismissed. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.